VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorneys for Christian M. Burke*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN M. BURKE,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC. also known as ENHANCED RECOVERY CORP.; SPRINT PCS; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-00496-GMN-PAL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff and Defendants ENHANCED RECOVERY COMPANY, LLC aka ENHANCED RECOVERY CORP., SPRINT PCS and EQUIFAX INFOMRATION SERVICES LLC by and through their counsel, give notice that those Parties have reached an agreement to settle all claims against ENHANCED RECOVERY COMPANY, LLC aka ENHANCED RECOVERY CORP., SPRINT PCS and EQUIFAX INFOMRATION SERVICES LLC in this litigation. The Parties are preparing settlement documents and release which will include a Stipulation for Dismissal with Prejudice and an accompanying Order of Dismissal with Prejudice. The Parties anticipate that the

/ / /

/ / /

/ / /

THE LAW OFFICE OF VERNON NELSON
ATTORNEY AT LAW

documentation and settlement should be complete within the next sixty (60) days.

DATED this 6th day of November, 2017

THE LAW OFFICE OF VERNON NELSON

By: _____*/s/ Vernon Nelson*_____
VERNON NELSON, ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Christian M. Burke*

**IT IS ORDERED** that the settling parties shall have until **January 8, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated this 14th day of November, 2017.

_____
Peggy A. Leen
United States Magistrate Judge