VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 012935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
Email: mingleby@nelsonlawfirmlv.com
*Attorney for Christian M. Burke*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN M. BURKE,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC. also known as ENHANCED RECOVERY CORP.; SPRINT PCS; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-00496-GMN-PAL<br><br>**JOINT INTERIM STATUS REPORT PURSUANT TO LR 26-3** |

Pursuant to the Notice of Settlement, and along with the Court's Order re: [ECF No. 23] dated November 14, 2017, the parties hereby submit this Joint Status Report, as follows.

1. <u>Pending Matters:</u> <u>Settlement</u>. The dispute between Plaintiff and Defendants ENHANCED RECOVERY COMPANY LLC, aka ENHANCED RECOVERY CORP.; SPRINT PCS and EQUIFAX INFORMATION SERVICES, ("Defendants") has been resolved.

2. <u>Request for an Extension of Time to File Stipulation For Dismissal of the Action</u>. At this time, the Parties respectfully requests this Court to grant the parties an extension of time to file the Stipulation for Dismissal of the Action against Defendants for an additional thirty (30) days. The Parties are still working together in finalizing the settlement agreement and release which includes

Stipulation for Dismissal with Prejudice and an accompanying Order of Dismissal with Prejudice. The Parties represent that they will need an additional thirty (30) days to complete such documentation and settlement.

| | |
|---|---|
| DATED this 9TH day of January, 2018 | DATED this 9TH day of January, 2018 |
| THE LAW OFFICE OF VERNON NELSON | HARPER & SELIM |
| /s/ Vernon A. Nelson | /s/ Taylor G. Selim |

DATED this 9TH day of January, 2018     DATED this 9TH day of January, 2018

THE LAW OFFICE OF VERNON NELSON     HARPER & SELIM

  /s/ Vernon A. Nelson                /s/ Taylor G. Selim
VERNON NELSON, ESQ.               Taylor G. Selim
Nevada Bar No.: 6434                  Nevada Bar No.: 12091
MELISSA INGLEBY, ESQ.            1707 Village Center Circle, Suite 140
Nevada Bar No.: 012935              Las Vegas, Nevada 89134
9480 S. Eastern Avenue, Suite 252      T: 702-948-9240
Las Vegas, NV 89123                  F: 702-778-6600
Tel: 702-476-2500                      Email: eservice@harperselim.com
Fax: 702-476-2788                    *Attorneys for Defendant*
E-Mail: vnelson@nelsonlawfirmlv.com   *Enhanced Recovery Company, LLC and Sprint*
E-Mail: mingleby@nelsonlawfirmlv.com   *PCS*
*Attorneys for Plaintiff Christian M. Burke*

DATED this 9TH day of January, 2018

SNELL & WILMER, LLP

  /s/ Bradley T. Austin
Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Equifax Information Services LLC*

    **IT IS ORDERED** that the settling parties shall have until **February 8, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

   Dated: January 10, 2018

                                                     Peggy A. Leen
                                                     United States Magistrate Judge