VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 012935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
       mingleby@nelsonlawfirmlv.com
*Attorneys for Christian M. Burke*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN M. BURKE,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC. also known as ENHANCED RECOVERY CORP.; SPRINT PCS; and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-00496-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS ENHANCED RECOVERY COMPANY, LLC aka ENHANCED RECOVERY CORP., SPRINT PCS and EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE** |

Upon agreement between Plaintiff, CHRISTIAN M. BURKE ("Plaintiff") and Defendants ENHANCED RECOVERY COMPANY, LLC aka ENHANCED RECOVERY CORP., SPRINT PCS and EQUIFAX INFORMATION SERVICES LLC, ("Defendants"):

IT IS HEREBY STIPULATED that the Defendants, ENHANCED RECOVERY COMPANY, LLC aka ENHANCED RECOVERY CORP., SPRINT PCS and EQUIFAX INFORMATION SERVICES LLC shall be dismissed from this action, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees. | |
| IT IS SO STIPULATED this 12th day of March, 2018. | |

Dated this 12th day of March, 2018.                    Dated this 12th day of March, 2018.

THE LAW OFFICE OF VERNON NELSON            HARPER & SELIM

  /s/   Vernon A. Nelson                                         /s/ Taylor G. Selim
VERNON A. NELSON, JR., ESQ.                       Taylor G. Selim
Nevada Bar No.: 6434                                       Nevada Bar No.: 12091
MELISSA INGLEBY, ESQ.                                 1707 Village Center Circle, Suite 140
Nevada Bar No.: 012935                                   Las Vegas, Nevada 89134
THE LAW OFFICE OF VERNON NELSON            T: 702-948-9240 | F: 702-778-6600
9480 S. Eastern Avenue, Suite 252                   Email: eservice@harperselim.com
Las Vegas, Nevada 89123                                *Attorneys for Defendant*
Tel.: 702-476-2500                                             *Enhanced Recovery Company, LLC and Sprint*
Fax.: 702-476-2788                                           *PCS*
Email: vnelson@nelsonlawfirmlv.com
          mingleby@nelsonlawfirmlv.com
*Attorneys for Christian M. Burke*

Dated this 12th day of March, 2018

SNELL & WILMER, LLP

  /s/ Bradley T. Austin
Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Equifax Information Services LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this  14  day of March, 2018.            _____
                                                                        Gloria M. Navarro, Chief Judge
                                                                        UNITED STATES DISTRICT COURT